UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:01-cr-00216-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DAVID LEWIS CROCKETT JR,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on counsel for defendant's Motion for Presentence Report. Having considered such motion and determined that such document would be helpful to counsel in providing this defendant with an adequate defense in <u>United States v. Crockett</u>, 1:16cr240 (M.D.N.C.), the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Presentence Report (#398) is **ALLOWED** and counsel for defendant is authorized to receive a copy of the PSR compiled in this matter. Such production is, however, subject to the same limitations as would be imposed on such use in this district.

The Clerk of Court is instructed to send a copy of this Order to United States Pretrial Services.

Signed: September 20, 2016



Max O. Cogburn Jr
United States District Judge